UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Diego Lorenzo</u>

    v.                    Case No. 06-cv-474-PB

<u>Kiwi Brands</u>


<u>**O R D E R**</u>

**Re: Document No. 54, Joint Assented to Motion to Certify Class and Preliminarily Approve Settlement**

**Ruling:** Granted. The parties shall consult with the clerk and identify an acceptable date for a hearing. They shall then file a proposed order indicating the court's preliminary approval of the settlement, specifying the means by which notice shall be given, disclosing the date for the hearing on final approval, and identifying a date by which opt-outs and objections should be made. The date by which objections must be filed shall be no earlier than 30 days after the date by which the parties expect that notice will be completed.


                                      <u>/s/ Paul Barbadoro</u>
                                      Paul Barbadoro
                                      District Judge

Date:  June 10, 2006

cc:  Courtney Quinn Brooks, Esq.
     Paul B. Kleinman, Esq.
     Joseph J. Leighorn, Esq.
     Patrick F. Morris, Esq.
     W. Scott O'Connell, Esq.